SANTINI BROS., INC., Appellant, v. JOHN C. McKENNA, etc., and Others, Respondents.— Order denying plaintiff's motion for an order fixing a day for a hearing upon

plaintiff's application for a temporary injunction, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.